AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 04, 2025**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| RON THOMAS LISANO <br> *Plaintiff* <br> v. <br> SUPERINTENDENT ROBERT JACKSON, ASSOCIATE SUPERINTENDENT SUNBERG, ALFREDO LOMELLI, ROBERTO MENDIOLA, LAW LIBRARIAN BULL, COUNSELOR ROYCE and COUNSELOR MATSON <br> *Defendant* | Civil Action No. 4:25-CV-05101-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion to Voluntarily Dismiss Complaint, ECF No. 19, is GRANTED. Pusuant to the Order filed at ECF No. 21, the Complaint is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Stan Bastian

Date: 11/4/2025

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*